Dismissed and
Memorandum Opinion filed March 8, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00779-CV

____________

 

MORRELL MASONRY SUPPLY, INC., Appellant

 

V.

 

GOLDEN BANK, NA, Appellee

 



 

On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 958189

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed August 5, 2010.  The
clerk’s record was filed September 9, 2010.  No reporter’s record was filed. 
No brief was filed.

            On January 13, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before February 15, 2011, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Brown, Boyce, and Jamison.